IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| THOMAS ABBOTT, *et al.*, | Civil No. 4:12-CV-00726-BSM |
| Plaintiffs, | |
| v. | |
| FIRST STUDENT, INC., | |
| Defendant. | |
| ALONZO BENNETT, *et al.*, | Civil No. 4:12-CV-00798-BSM |
| Plaintiffs, | |
| v. | |
| FIRST STUDENT, INC., | |
| Defendant. | |

**INDEX OF EXHIBITS FILED UNDER SEAL IN SUPPORT OF THE PARTIES'
JOINT STIPULATION REQUESTING
APPROVAL OF SETTLEMENT AND DISMISSAL OF THE CASE**

True and correct copies of the Settlement Agreements of the following individuals have been filed under seal with the Court as described in the accompanying Joint Stipulation Requesting Approval of Settlement and Dismissal of the Case.

| Exhibit No. | Last Name | First Name |
|---|---|---|
| 1 | Abbott | Thomas |
| 2 | Agee | Stephanie |
| 3 | Alexander | Nathaniel |
| 4 | Alexander | Raymond |
| 5 | Alexander | Stacy |

| | | |
|---|---|---|
| 6 | Allen | Harold |
| 7 | Anderson | Tamika |
| 8 | Aquil | Khadijah |
| 9 | Bell | Sandra |
| 10 | Bennett | Alonzo |
| 11 | Bennett | Stephanie |
| 12 | Bostic, Jr. | Carl |
| 13 | Boykin | Eddie |
| 14 | Boykin | Howard |
| 15 | Bradly | Thelma |
| 16 | Branch, Jr. | Ray |
| 17 | Bridges | Akesha |
| 18 | Brown | Natasha L. |
| 19 | Carden | Sharon |
| 20 | Cardwell | William |
| 21 | Carson | Enover |
| 22 | Clark | DeSheryll |
| 23 | Cobbs | Raymond |
| 24 | Cogshell, Sr. | Sammie |
| 25 | Coleman | Jamie |
| 26 | Collins | Yoshiko |
| 27 | Craig | Lorene |
| 28 | Cravens | Jarrian |
| 29 | Cromartie | Myron |
| 30 | Crutchfield | Herbert |
| 31 | Daniels | Christina |
| 32 | Davis | Shayla |
| 33 | Dewitt | Mary |
| 34 | Dixon | Dylan |
| 35 | Dixon | LaShe' |
| 36 | Ekstrom | Roland |
| 37 | Ervin | Alicia |
| 38 | Fair | Mable |
| 39 | Flannigan | Tia |
| 40 | Futrell | Mable |
| 41 | Ganaway | Libby |
| 42 | Harper | Richard |
| 43 | Harriell | Kenneth |
| 44 | Harris | Carol |
| 45 | Bibbs | Danielle |
| 46 | Hayes | James |

| | | |
|---|---|---|
| 47 | Hollman-White | Alana |
| 48 | Holly | Bernice |
| 49 | Howard | Theresa |
| 50 | Huggins | Gregory |
| 51 | Hunter | Raven |
| 52 | Ivy | Julianne |
| 53 | Jackson | Katandra |
| 54 | Johnson | Anthony |
| 55 | Johnson | Doris |
| 56 | Johnson | Ronald |
| 57 | Jones | Cherie |
| 58 | Jones | Michelle |
| 59 | Jones | Reginald |
| 60 | Jones | Mary |
| 61 | Kelleybrew | The Estate of Lloyd |
| 62 | Lacefield | Charlette |
| 63 | Lamb, Sr. | John |
| 64 | Lewis | Connie |
| 65 | Lockhart | Reginald |
| 66 | Lovelace | Corey |
| 67 | Massey | Vickie |
| 68 | Matthews | Latanya |
| 69 | Mays | Chester |
| 70 | McDaniel, Sr. | Terry |
| 71 | Mcintosh | Lisa |
| 72 | McKinner | Arrell |
| 73 | Miller | Vera |
| 74 | Mitchell | Bertha |
| 75 | Walker | Tonya |
| 76 | Moore | Carla |
| 77 | Moore | Eddie |
| 78 | Moore-Parker | Vickie |
| 79 | Muhammad | Kaye |
| 80 | Muldrew-Jackson | Sonya |
| 81 | Nelson | Lisa |
| 82 | Oliver | Shanise |
| 83 | Oliver | Sharon |
| 84 | Parker | Ashlee |
| 85 | Pittman | Angela |
| 86 | Poe | Natasha |
| 87 | Porter, Jr. | Walter |

| | | |
|---|---|---|
| 88 | Powers | Rita |
| 89 | Price | Jerome |
| 90 | Rawls | Edmond |
| 91 | Robinson | J. Lee |
| 92 | Rochelle | Marsena |
| 93 | Scrubbs | Walter |
| 94 | Smith | Lynna |
| 95 | Smith | Tameula |
| 96 | Stevenson | Herman |
| 97 | Talley | Stacy |
| 98 | Tate-Gaston | April |
| 99 | Thompson | Michael |
| 100 | Trent, III | Billy |
| 101 | Vurger | Stephanie |
| 102 | Washington | Milton |
| 103 | West | Lynell |
| 104 | Westmoreland | Jonathan |
| 105 | Wilbon | Martell |
| 106 | Williams | Barbara |
| 107 | Williams | Jack Lynn |
| 108 | Williams | Johnny |
| 109 | Williams | Rose |
| 110 | Williams-Jackson | Cynfranesia |
| 111 | Wilson | Lashonda |
| 112 | Yant | Bruce |