## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**THOMAS ABBOTT, et al.**                                   **PLAINTIFFS**

**v.**                         **CASE NO. 4:12CV00726 BSM**

**FIRST STUDENT, INC.**                                   **DEFENDANT**

**ALONZO BENNETT, et al.**                                   **PLAINTIFFS**

**v.**                         **CASE NO. 4:12CV00798 BSM**

**FIRST STUDENT, INC.**                                   **DEFENDANT**

**NATE DOUGLAS et al.**                                   **PLANITIFFS**

**v.**                         **CASE NO. 4:09CV00652 BSM**

**FIRST STUDENT, INC.**                                   **DEFENDANT**

### FINAL JUDGMENT

Pursuant to the December 5, 2014, order granting plaintiffs' motion for attorneys' fees and costs [*Abbott* Doc. No. 142, *Bennett* Doc. No. 144, *Douglas* Doc. No. 286] IT IS HEREBY ORDERED:

1. That First Student is ordered to pay plaintiffs' attorneys' fees in the amount of $1,512,771.90 and costs in the amount of $389,453.88.

2. Judgment is accordingly entered in favor of plaintiffs and against defendant First Student.

DATED this 15th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE